■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLESTON PAIGE, Appellant. [29 NYS3d 210]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered May 16, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.